# Robinson+Cole

IAN T. CLARKE-FISHER

Chrysler East Building
666 Third Avenue, 20th floor
New York, NY 10017
Main (212) 451-2900
Fax (212) 451-2999
iclarke-fisher@rc.com
Direct (212) 451-2974

Also admitted in Connecticut
and Massachusetts

February 17, 2022

**VIA ECF**
Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
Courtroom 11D
500 Pearl Street
New York, NY 10007

Re: *William Struna v. Alessandra Leonardi, et al.*
    Civil Action No.: 1:21-cv-06040 (PKL)

Dear Judge Castel:

*[Handwritten: March 4 conference is VACATED. SO ORDERED. [signature] USDJ 2-17-22]*

We represent Defendants Anna Maria Zoni, Antonio Leonardi, and Alessandra Leonardi (collectively, the "Defendants") in connection with the above-referenced action.

We write to respectfully request that the Initial Pretrial Conference ("Conference") currently scheduled for March 4, 2022 (Court's Notice, dated October 6, 2021) be adjourned to a date, at the Court's convenience, after Defendants' pending Motion to Dismiss the Third Amended Complaint in its entirety has been decided (Doc. No. 44).

This is Defendants' first request for an adjournment of the Conference. The parties have conferred and Plaintiff's counsel consents to this request.

We thank the Court for its consideration in this matter.

Respectfully submitted,

Ian T. Clarke-Fisher

cc: All Counsel of Record (*via* ECF)

Boston | Hartford | New York | Providence | Miami | Stamford | Los Angeles | Wilmington | Philadelphia | Albany | New London | rc.com

Robinson & Cole LLP