UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
WILLIAM STRUNA,

                Plaintiff,

   -against-                                        21 **CIVIL** 6040 (PKC)

                                                          **JUDGMENT**

ANNA MARIA ZONI (LEONARDI), individually;
ANTONIO LEONARDO, as heir and fiduciary of
the Decedent Renzo Leonardi; and ALESSANDRA
LEONARDI, as heir and fiduciary of the Decedent
Renzo Leonardi,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 7, 2022, after consideration of all the arguments of the parties, including those not expressly referenced, the defendants' motion to dismiss is GRANTED. Struna's request for jurisdictional discovery as to Anna Maria is DENIED.

**Dated:**  New York, New York

       September 8, 2022

                                                          **RUBY J. KRAJICK**

                                                           _____
                                                            **Clerk of Court**

                                **BY:**     *K. Mango*

                                                            _____
                                                            **Deputy Clerk**